Attorneys General, for respondent.

No. 109, Misc. BOOKER v. ILLINOIS. Sup. Ct. Ill. *Richard F. Watt* for petitioner. *William G. Clark*, Attorney General of Illinois, and *Richard A. Michael*, Assistant Attorney General, for respondent. Reported below: 34 Ill. 2d 16, 213 N. E. 2d 542.

No. 718, Misc. GAMEZ v. TEXAS. Ct. Crim. App. Tex.

No. 590, Misc. PLATT v. TEXAS. Ct. Crim. App. Tex. *William E. Gray* for petitioner. *Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *Howard M. Fender* and *Allo B. Crow, Jr.*, Assistant Attorneys General, for respondent.

No. 740. MARINA MERCANTE NICARAGUENSE, S. A., AS OWNER OF THE EL SALVADOR v. MCALLISTER BROTHERS, INC., AS OWNER OF THE TUG RUSSELL NO. 18, ET AL., 385 U. S. 1005;

No. 767. NAVE v. CITY OF SEATTLE, 385 U. S. 450;

No. 784, Misc. TODD v. UNITED STATES, 385 U. S. 994;

No. 824, Misc. NEWELL v. PAGE, WARDEN, 385 U. S. 1015;

No. 869, Misc. EBELL v. MCGEE ET AL., 385 U. S. 1017;

No. 997, Misc. STEPPE v. FLORIDA, 385 U. S. 1031; and

No. 998, Misc. KINDERMAN v. TAHASH, WARDEN, 385 U. S. 998. Petitions for rehearing denied.

No. 453. RUTH v. BLUE RIVER CONSTRUCTORS ET AL., 385 U. S. 920, 984. Motion for leave to file second petition for rehearing denied.